UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO. 08-17980-BKC-JKO |
| | CHAPTER 7 |
| TRAFFORD DISTRIBUTING CENTER, INC. | |
| a/k/a Trafford Distribution Center, Inc., | |
|     Debtor. | |
| _____/ | |
| SONEET R. KAPILA, Trustee in Bankruptcy | |
| for TRAFFORD DISTRIBUTING CENTER, INC., | |
|     Plaintiff, | |
| vs. | |
| RICHARD I. CLARK AS TRUSTEE FOR | |
| MATTHEW WORTLEY TRUST d/b/a X CO. FINANCE, | |
| etc., *et al.* | Adv. Case No. 08-01759-JKO |
|     Defendants. | |
| _____/ | |
| SONEET R. KAPILA, Trustee in Bankruptcy | |
| for TRAFFORD DISTRIBUTING CENTER, INC., | |
|     Plaintiff, | |
| vs. | |
| LIBERTY PROPERTIES AT TRAFFORD, LLC, | Adv. Case No.:08-01792-JKO |
| LIBERTY ASSOCIATES, LC, AND | |
| ADVANCED VEHICLE SYSTEMS, LLC, | |
|     Defendants. | |
| _____/ | |
| SONEET R. KAPILA, Trustee in Bankruptcy | |
| for TRAFFORD DISTRIBUTING CENTER, INC., | |
|     Plaintiff, | |
| vs. | |
| BARBARA WORTLEY, | Adv. Case No.: 08-01793-JKO |
|     Defendant | |
| _____/ | |

**DEFENDANTS' NOTICE OF FILING EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION TO RECUSE AND TO STAY PROCEEDINGS PENDING DISCOVERY ON THE ISSUE OF RECUSAL**

Defendants, RICHARD I. CLARK AS TRUSTEE FOR THE JOSEPH M. WORTLEY TRUST d/b/a X CO. FACTORING CORP. ("Mr. Clark") and in all other capacities named herein, Liberty Properties at Trafford, LLC ("Liberty Properties"), Liberty Associates, LC ("Liberty Associates"), Advanced Vehicle Systems, LLC ("AVS"), and BARBARA WORTLEY ("Mrs. Wortley") (collectively referred to herein as "Defendants"), by and through undersigned counsel file this Notice of Filing Exhibits in Support of Defendants' Motion to Recuse and to Stay Proceedings Pending Discovery on the Issue of Recusal [X Co DE-211, Liberty DE-251 and Wortley DE-233]. Defendants' hereby file the following Exhibits:

1. Composite Exhibit "A" - Docket sheets reflecting G. Steven Fender, Esq. as trial counsel for Michael Bakst, Esq., as Trustee.

2. Composite Exhibit "B" - Articles reflecting attorney departures, office closures and financial difficulties at Ruden McClosky during the relevant time period.

3. Composite Exhibit "C" - Proposed Notices of Deposition in connection with the factual issues relating to Recusal.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

By: **s/ Douglas C. Broeker**
Douglas C. Broeker, Esquire
Florida Bar No. 306738

LAW OFFICES OF SWEETAPPLE, BROEKER & VARKAS, P.L.
777 BRICKELL AVENUE, SUITE 600, MIAMI, FLORIDA 33131

Respectfully submitted,

**s/ Douglas C. Broeker**
Douglas C. Broeker, Esquire
Florida Bar No. 306738
Doug@broekerlaw.com
SWEETAPPLE, BROEKER & VARKAS, P.L.
777 Brickell Avenue, Suite 600
Miami, Florida 33131
Tel.: (305) 374-5623
Fax.: (305) 358-1023

and

**s/ Robert A. Sweetapple**
Robert Sweetapple, Esquire
Florida Bar No. 0296988
rsweetapple@sweetapplelaw.com
SWEETAPPLE, BROEKER & VARKAS, P.L.
199 East Boca Raton Road
Boca Raton, Florida 33432
Tel.: (561) 392-1230
Fax.: (561) 394-6102
Attorneys for Defendants

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such to: **Marla B Neufeld, Esq.** 222 Lakeview Ave #800, West Palm Beach, FL 33401 efile1542@ruden.com and **Michael R. Bakst, Esq.** 222 Lakeview Ave #800, West Palm Beach, FL 33401, efile2565@ruden.com on this **26th** day of January, 2010.

By: **s/ Douglas C. Broeker**
    Douglas C. Broeker, Esquire
    Florida Bar No. 306738

DCB/jfl
M:\wp51\Active.Client.Files\Trafford BKC\Judge Olson Disqualification Issues\Notices\Notice of Filing Exhibits in Support of Motion to Recuse.wpd