UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                CASE NO. 08-17980-BKC-JKO
                                                                      CHAPTER 7
TRAFFORD DISTRIBUTING CENTER, INC.
a/k/a Trafford Distribution Center, Inc.,

    Debtor.
_____/
SONEET R. KAPILA, Trustee in Bankruptcy
for TRAFFORD DISTRIBUTING CENTER, INC.,

    Plaintiff,

vs.                                                                   Adv. Case No. 08-01759-JKO

RICHARD I. CLARK AS TRUSTEE FOR
MATTHEW WORTLEY TRUST d/b/a X CO.
FINANCE, *etc., et al.*

    Defendants.
_____/

## DEFENDANT'S MOTION FOR LEAVE TO TAKE DISCOVERY

    Movant, RICHARD I. CLARK AS TRUSTEE FOR THE JOSEPH M. WORTLEY TRUST d/b/a X CO. FACTORING CORP. ("Defendant", "Mr. Clark" or "X Co") and in all other capacities named herein (collectively referred to herein as "the Named Defendants"), by and through undersigned counsel, moves this Court for entry of its Order permitting Mr. Clark to take deposition discovery as set forth in the attached Notices of Deposition. As good grounds therefor, Mr. Clark would show that:

    1.    The Court has entered an Order Granting Plaintiff's Motion for Partial Summary Judgment [DE-136] and a Final Judgment in Favor of Plaintiff [DE-194] holding that Mr. Clark is

liable for damages as certain attorneys' fees incurred by the Ruden McClosky law firm as a result of conduct which this Court found to be in violation of the Automatic Stay of the Bankruptcy Code.

2.      This Court has stated, in hearings, that it would be necessary to hold an evidentiary hearing, it appears that both and Mr. Clark and Plaintiff's counsel agree with this proposition.

3.      Mr. Clark continues to assert that no actual damages were suffered by the Estate as a result of his November 12th letter, and that attorneys' fees, if any are recoverable, should be strictly limited to those incurred responding directly to the asserted violation of the automatic stay. However, this is an open issue.

4.      Mr. Clark would have defenses to the claim for attorneys' fees including limiting the amount, determining what fees relate to what events and therefore may or may not be recoverable, and whether the Ruden McClosky law firm should properly have filed an amendment to their Notice of Disinterested Party [DE-11 in *In re Trafford Distributing Center, Inc. a/k/a Trafford Distribution Center, Inc.*, Case No. 08-17980-JKO] when the law firm hired G. Steven Fender, Esq. to come to work for them in July or August, 2009.

5.      Separately, Mr. Clark has asserted a Second Motion to Recuse and Stay Proceedings Pending Discovery on the Issue of Recusal [DE-219], and a Motion to Disqualify Michael Bakst and the Ruden McClosky Law Firm as Attorneys for Soneet R. Kapila, Trustee in Bankruptcy for Trafford Distributing Center, Inc. [DE-221]. The Court has now issued a Briefing Order requiring a responsive memorandum on or before October 1, 2010, and reply memorandum on or before October 15, 2010. Movants herein seek to obtain additional evidence to support the pending motions prior to submitting their reply memorandum.

6.      It is appropriate for Mr. Clark to proceed with deposition discovery on each and all of the issues set forth above. Accordingly, Mr. Clark seeks to take deposition discovery in accordance with the Notices of Deposition attached hereto as Exhibit "A".

7.      Undersigned counsel has communicated with Mr. Bakst with regard to this discovery, in an effort to efficiently schedule depositions, and Mr. Bakst takes the position that no discovery is permitted by this Court. See emails attached hereto as Composite Exhibit "B". Mr. Clark asserts that discovery is appropriate, but has agreed to bring the matter on before the Court with a Motion for Leave to take Discovery rather than simply issuing subpoenas and provoking motions for protective order.

8.      Depending upon the Court's rulings on particular motions, discovery may or may not be limited from what is set forth above. However, at the present time, Mr. Clark asserts that discovery in the form attached hereto as Exhibit "A" is appropriate in this case. In the event that this Court finds that a narrower scope of discovery is appropriate, Movants request that the Court narrow the scope in the context of this Motion, and direct that the parties proceed with discovery accordingly and expeditiously.

**WHEREFORE**, Mr. Clark moves this Court for entry of its Order permitting Discovery as set forth in the attached notices and in this Motion, above.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                                       **s/ Douglas C. Broeker**
                                       Douglas C. Broeker, Esquire
                                       Florida Bar No. 306738

Respectfully submitted,

**s/ Douglas C. Broeker**
Douglas C. Broeker, Esquire
Florida Bar No. 306738
Doug@broekerlaw.com
SWEETAPPLE, BROEKER & VARKAS, P.L.
777 Brickell Avenue, Suite 600
Miami, Florida 33131
Tel.: (305) 374-5623
Fax.: (305) 358-1023

and

**s/ Robert A. Sweetapple**
Robert Sweetapple, Esquire
Florida Bar No. 0296988
rsweetapple@sweetapplelaw.com
SWEETAPPLE, BROEKER & VARKAS, P.L.
199 East Boca Raton Road
Boca Raton, Florida 33432
Tel.: (561) 392-1230
Fax.: (561) 394-6102
Attorneys for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such to: **Marla B Neufeld, Esq., and Michael R. Bakst, Esq.,** 222 Lakeview Ave #800, West Palm Beach, FL 33401 efile1542@ruden.com, efile2565@ruden.com on this 9th day of September, 2010.

By: **s/ Douglas C. Broeker**
Douglas C. Broeker, Esquire
Florida Bar No. 306738

DCB/jfl
M:\wp51\Active.Client.Files\Trafford BKC\Adversary Against XCO, etal\Motions\Revised Motion for Leave to take Discovery re. Fees.wpd